**FIRST DIVISION**
**BOGGS and BRANCH, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**(Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008)**
**http://www.gaappeals.us/rules/**

**January 31, 2013**

# In the Court of Appeals of Georgia

A11A0862.  OGILVIE v. THE STATE.

BOGGS, Judge.

In *State v. Ogilvie*, Ga. (Case No. S12G0703, decided November 5, 2012), the Supreme Court reversed the judgment of this Court in *Ogilvie v. State*, 313 Ga. App. 305 (721 SE2d 549) (2011). We therefore vacate our opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Dillard. P. J., and Branch, J., concur.*